AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ▾

| | |
|---|---|
| United States of America<br>v.<br><br>Donald Walter Fowler<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 23-1670 MJ |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Donald Walter Fowler                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. 875(c) Threatening Communications

Date:  11-22-2023                                            _____
                                                                                  *Issuing officer's signature*

City and state:    Las Cruces, New Mexico                            United States Magistrate Judge
                                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                            _____<br>                                                          *Arresting officer's signature*<br><br>                                                          _____<br>                                                          *Printed name and title* |