AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 NOV 22 AM 11:04

CLERK-LAS CRUCES

| United States of America | ) |
|---|---|
| v. | ) |
| Donald Walter Fowler | ) Case No. 23-1670 MJ |
| | ) |
| | ) |
| *Defendant(s)* | ) |

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _Ceavas_ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 26, 2023** in the county of **Dona Ana** in the District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 875(c) | Threatening Communications |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

_____
Complainant's signature

Armida Maria Macmanus, FBI Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 11-22-2023

_____
Judge's signature

City and state: Las Cruces, New Mexico

United States Magistrate Judge
_____
Printed name and title